```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
MALKA STEINBERG,                                               :
                                                               :
                        Plaintiff,                             :
                                                               :        19-cv-11136 (LJL)
        -v-                                                    :
                                                               :            ORDER
EXPERIAN INFORMATION SOLUTIONS, INC. AND                       :
AMERICAN EXPRESS COMPANY,                                      :
                                                               :
                        Defendants.                            :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/6/2020__

LEWIS J. LIMAN, United States District Judge:

This action was initiated by Complaint on December 4, 2019.  Defendant American Express Company ("American Express") is now the sole defendant in this action after the Court so-ordered a stipulation of dismissal between Plaintiff and Experian Information Solutions, Inc. Dkt. No. 27.  On May 18, 2020, the Court so-ordered a joint stipulation between Plaintiff and American Express to arbitrate Plaintiff's claims and stay the action with respect to American Express only.  Dkt. No. 23.

It is hereby ORDERED that Plaintiff and American Express shall file a joint letter on the status of the arbitration by December 1, 2020.

SO ORDERED.

Dated: November 6, 2020
       New York, New York                      _____
                                                     LEWIS J. LIMAN
                                               United States District Judge