UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/1/2021
```

-----------------------------------------------------------------------X

MALKA STEINBERG,

                      Plaintiff,

       -v-

EXPERIAN INFORMATION SOLUTIONS, INC. and
AMERICAN EXPRESS CO.,

                    Defendants.

-----------------------------------------------------------------------X

19-cv-11136 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On December 4, 2020, the Court ordered Plaintiff and remaining Defendant American

Express to file a joint letter on the status of the arbitration by February 15, 2021.  Dkt. No. 30.

They have not done so.

It is hereby ORDERED that the parties shall file such letter by March 12, 2021.

SO ORDERED.

Dated: March 1, 2021
      New York, New York               _____
                                   LEWIS J. LIMAN
                          United States District Judge